UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x    Index No.:  1:18-CV-06562 (VM)
NAHAL BATMANGHELIDJ,

            Plaintiff,

                v.

THE INTERNATIONAL ACADEMY OF HOPE AND
THE SARAH JANE BRAIN FOUNDATION,

            Defendant.
-----------------------------------------------------------------------x

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES IN RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants The International Academy of Hope ("IHope") and The Sarah Jane Brain Foundation ("SJBF") (collectively "Defendants"), by their attorneys, EUSTACE, MARQUEZ, EPSTEIN, PREZIOSO & YAPCHANYK, answer the Complaint of Plaintiff Nahal Batmanghelidj ("Plaintiff") by stating as follows:

## NATURE OF THE ACTION

1.      Deny the allegations of Paragraph 1 and respectfully refers all questions of law to the Court.

2.      Deny the allegations of Paragraph 2 and respectfully refers all questions of law to the Court.

3.      Deny the allegations of Paragraph 3 and respectfully refers all questions of law to the Court.

4.      Deny the allegations of Paragraph 4, except to admit that Plaintiff was an employee of IHope and her employment was terminated.  Defendants respectfully refer all questions of law to the Court.

5.      The allegations in Paragraph 5 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 5 of the Complaint.

## JURISDICTION AND VENUE

6.      Deny the allegations of Paragraph 6 except admit that Plaintiff purports to invoke this Court's jurisdiction as alleged therein.

7.      Deny the allegations of Paragraph 7 and respectfully refers all questions of law to the Court.

8.      Deny the allegations of Paragraph 8 except admit that Plaintiff purports to invoke this Court's jurisdiction as alleged therein.

## THE PARTIES

9.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 9 of the Complaint.

10.     The allegations in Paragraph 10 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants admit that the allegations of Paragraph 10 of the Complaint.

11.     The allegations in Paragraph 11 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 11 of the Complaint.

12.     The allegations in Paragraph 12 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 12 of the Complaint.

## BACKGROUND

13.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint.

14.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint.

15.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint.

16.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 16 of the Complaint.

17.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 17 of the Complaint.

18.     Defendants admit the allegations in Paragraph 18 of the Complaint.

19.     The allegations in Paragraph 19 of the Complaint are conclusions of law to which no responsive pleading is required. To the extent a response is required, Defendants deny the allegations of Paragraph 19 of the Complaint.

20.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 20 of the Complaint.

21.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint.

22.     The allegations in Paragraph 22 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 22 of the Complaint.

23.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint.

## THE IDEA AND DEFENDANTS' FUNDING MODEL

24.     Defendants admit the allegations in Paragraph 24 of the Complaint.

25.     The allegations in Paragraph 25 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 25 of the Complaint.

26.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint.

27.     The allegations in Paragraph 27 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 27 of the Complaint.

28.     The allegations in Paragraph 28 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 28 of the Complaint.

29.     The allegations in Paragraph 29 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 29 of the Complaint.

30.     The allegations in Paragraph 30 of the Complaint are conclusions of law to which no responsive pleading is required. To the extent a response is required, Defendants deny the allegations of Paragraph 30 of the Complaint.

## LAWS GOVERNING NON-PROFIT COPORATIONS IN NEW YORK

31.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint.

32.    The allegations in Paragraph 32 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 32 of the Complaint.

33.    The allegations in Paragraph 33 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 33 of the Complaint.

34.    The allegations in Paragraph 34 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 34 of the Complaint.

35.    The allegations in Paragraph 35 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 35 of the Complaint.

36.    The allegations in Paragraph 36 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 36 of the Complaint.

## ETHICAL RULES GOVERNING THE PRACTICE OF LAW IN NEW YORK

37.    The allegations in Paragraph 37 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 37 of the Complaint.

38.    The allegations in Paragraph 38 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 38 of the Complaint.

39.    The allegations in Paragraph 39 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 39 of the Complaint.

## BATMANGHELIDJ DISCOVERS POTENTIAL FRAUD AND SELF-DEALING AT DEFENDANTS

40.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 40 of the Complaint.

41.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 41 of the Complaint.

42.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 42 of the Complaint.

43.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 43 of the Complaint.

44.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 44 of the Complaint.

45.    The allegations in Paragraph 45 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 45 of the Complaint.

46.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 46 of the Complaint.

47.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 47 of the Complaint.

48.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint, as to Batmanghelidj's calculations.   The remaining allegations in Paragraph 48 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 48 of the Complaint.

## BATMANGHELIDJ DISCOVERS POTENTIAL LEGAL ETHICAL VIOLATIONS

49.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 49 of the Complaint.

50.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 50 of the Complaint.

51.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 51 of the Complaint.

52.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint.

53.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 53 of the Complaint.

54.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 54 of the Complaint.

55.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint.

56.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 56 of the Complaint.

57.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 57 of the Complaint.

58.     The allegations in Paragraph 58 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 58 of the Complaint.

59.     The allegations in Paragraph 59 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 59 of the Complaint.

60.     The allegations in Paragraph 60 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 60 of the Complaint.

61.     The allegations in Paragraph 61 of the Complaint are conclusions of law to which no responsive pleading is required.   To the extent a response is required, Defendants deny the allegations of Paragraph 61 of the Complaint.

62.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 62 of the Complaint.

**BATMANGHELIDJ RAISES HER CONCERNS WITH SENIOR PERSONNEL**

63.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 63 of the Complaint.

64.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 64 of the Complaint.

65. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 65 of the Complaint.

66. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 66 of the Complaint.

67. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 67 of the Complaint.

68. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 68 of the Complaint.

69. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 69 of the Complaint.

70. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 70 of the Complaint.

71. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 71 of the Complaint.

72. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 72 of the Complaint.

73. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 73 of the Complaint.

**BATMANGHELIDJ SEEKS OUTSIDE COUNSEL AND DEFENDANTS FIRE BATMANGHELIDJ IN RETALIATION**

74. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 74 of the Complaint.

75.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 75 of the Complaint.

76.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 76 of the Complaint.

77.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 77 of the Complaint.

78.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 78 of the Complaint.

79.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 79 of the Complaint.

80.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 80 of the Complaint.

81.    Defendants admit that Batmanghelidj was placed on two weeks of paid leave, and lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 56 of the Complaint.

82.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 82 of the Complaint.

83.    Defendants admit the allegations in Paragraph 83 of the Complaint.

84.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 84 of the Complaint.

85.    Defendants admit the allegations contained in paragraph 85 of the Complaint.

86.     The allegations in Paragraph 88 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 86 of the Complaint and refer the Court to the document in question for a determination of it contents.

87.     Defendants deny the allegations contained in paragraph 87 of the Complaint.

## FIRST CAUSE OF ACTION
(Retaliation under the False Claims Act)

88.     Defendants repeat and reallege their responses to Paragraphs 1-87 as if fully set forth herein.

89.     The allegations in Paragraph 89 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 89 of the Complaint.

90.     The allegations in Paragraph 90 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 90 of the Complaint.

91.     The allegations in Paragraph 91 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 91 of the Complaint.

## SECOND CAUSE OF ACTION
(Retaliation under the New York False Claims Act)

92.     Defendants repeat and reallege their responses to Paragraphs 1-91 as if fully set forth herein.

93.     The allegations in Paragraph 93 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 93 of the Complaint.

94.     The allegations in Paragraph 94 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 94 of the Complaint.

95.     The allegations in Paragraph 95 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 95 of the Complaint.

## THIRD CAUSE OF ACTION
(The New York Non-Profit Revitalization Act of 2013-
Failure to Have Whistleblower Policy and Retaliation)

96.     Defendants repeat and reallege their responses to Paragraphs 1-95 as if fully set forth herein.

97.     The allegations in Paragraph 97 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 97 of the Complaint.

98.     The allegations in Paragraph 98 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 98 of the Complaint.

99.     The allegations in Paragraph 99 of the Complaint are conclusions of law to which no responsive pleading is required.    To the extent a response is required, Defendants deny the allegations of Paragraph 99 of the Complaint.

100.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 100 of the Complaint.

101.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 101 of the Complaint.

102.    The allegations in Paragraph 102 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 102 of the Complaint.

103.    The allegations in Paragraph 103 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 103 of the Complaint.

104.    The allegations in Paragraph 104 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 104 of the Complaint.

105.    The allegations in Paragraph 105 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 105 of the Complaint.

### FOURTH CAUSE OF ACTION
(Breach of Contract)

106.    Defendants repeat and reallege their responses to Paragraphs 1-105 as if fully set forth herein.

107.    The allegations in Paragraph 107 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 107 of the Complaint.

108.    The allegations in Paragraph 108 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 108 of the Complaint.

109.    The allegations in Paragraph 109 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 109 of the Complaint.

110.    The allegations in Paragraph 110 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 110 of the Complaint.

111.    The allegations in Paragraph 111 of the Complaint are conclusions of law to which no responsive pleading is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 111 of the Complaint.

## GENERAL DENIAL

112.    Defendants deny each and every allegation in the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, by the applicable Statute of Limitations and/or administrative filing periods and/or by the failure to satisfy the statutory and administrative prerequisites to the bringing of a legal action.

### SECOND AFFIRMATIVE DEFENSE

The causes of action alleged in the Complaint of Plaintiff fail to properly state, specify or allege a cause of action on which relief can be granted as a matter of law.

### THIRD AFFIRMATIVE DEFENSE

To the extent that Plaintiff incurred any damages, which Defendants deny, her claims are barred because Plaintiff failed to mitigate those alleged damages.

### FOURTH AFFIRMATIVE DEFENSE

Defendants had legitimate non-discriminatory and non-retaliatory reason(s) for each action taken.  If and to the extent that any action taken was motivated by an impermissible consideration, which is expressly denied, Defendants would have taken the same action for legitimate non-discriminatory and/or non-retaliatory reasons.

### FIFTH AFFIRMATIVE DEFENSE

Defendants exercised reasonable care to prevent and correct promptly any alleged unethical or wrongful conduct, and that Plaintiff unreasonably failed to take advantage of any preventative or corrective opportunities provided by her employer or to avoid harm.

### SIXTH AFFIRMATIVE DEFENSE

Defendants are not vicariously liable for the acts of its employees or employees of other entities.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants neither knew of, nor condoned or ratified, the alleged misconduct, and therefore are not legally responsible for it.  Defendants are not liable for an act committed by an employee not within the scope of employment.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims should be dismissed because of the doctrines of unclean hands, estoppel waiver or other equitable defenses.

## NINTH AFFIRMATIVE DEFENSE

That if it is determined that   Defendants are responsible for the acts alleged in the Complaint then Plaintiff  failed to take appropriate action to mitigate any damages.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff was an employee "at-will" and any actions taken by Defendants were proper.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to assert all or some of her claims.

## TWELFTH AFFIRMATIVE DEFENSE

Because no discovery has been taken at this stage of the case, Defendants reserve their right to file and serve additional defenses.

## DEFENDANTS' PRAYER FOR RELIEF

Defendants deny the allegations and requested relief set forth in Plaintiff's Prayer for Relief, and further denies that Plaintiff is entitled to any relief whatsoever.

**WHEREFORE**, having answered and responded to the allegations in the Complaint.  Defendants respectfully request that:

(a)     Plaintiff's claims be dismissed with prejudice in their entitrety;

(b)     Each and every prayer for relief contained in the Complaint be denied;

(c)     Judgment be entered in favor of Defendants as to all claims in the Complaint;

(d)     All costs, including reasonable attorneys' fees, be awarded to Defedants and against Plaintiff pursuant to applicable laws; and

(e)    The Court grant Defendants other and further relief as the Court may deem

just and proper.

DATED: October 4, 2018
       New York, New York

                              Yours, etc.,

                              **EUSTACE, MARQUEZ, EPSTEIN,**
                              **PREZIOSO & YAPCHANYK**
                              *Attorneys for Defendants*
                              55 Water Street, 28th Floor
                              New York, New York 10041
                              (212) 612-4200

                              By:

                              Anthony J. Tomari

To:

Vladeck, Raskin & Clark, P.C.
Attorneys for Plaintiff, Nahal Batmanghelidj
565 Fifith Avenue, 9th Fl
New York, New York 10017